**No. 09-9755. Donald Barton Deshotels, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2135, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3235.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 960.

**No. 09-9759. Charles Lawson, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2136, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3158.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 357 Fed. Appx. 450.

**No. 09-9760. Jerome John Loew, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2136, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3126.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 1136 and 364 Fed. Appx. 333.

**No. 09-9763. Lawrence Jackson, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2136, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3259.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9765. Mitchell Swain, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2136, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3136.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 417.

**No. 09-9766. Marshall Richmond, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2136, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3210.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 841.

**No. 09-9777. Jennifer D. Guerra, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2137, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3159.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 355 Fed. Appx. 869.

**No. 09-9781. Adan Guerrero-Flores, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2137, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3215.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 525.

**No. 09-9783. John Eric Gilliam, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2137, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3218.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9785. Gerardo Gonzalez-Gutierrez, Petitioner v. United States.**

559 U.S. 1085, 130 S. Ct. 2137, 176 L. Ed. 2d 754, 2010 U.S. LEXIS 3149.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.